# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-533

_____

PATRICIA PITTS,

Appellant,

v.

REGINAL PITTS,

Appellee.

_____

On appeal from the Circuit Court for Baker County.
Stanley H. Griffis, III, Judge.

August 22, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patricia Pitts, pro se, Appellant.

Reginald Pitts, pro se, Appellee.